UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                     Case No: 2:16-cv-906-FtM-38CM

MARK SIEVERS and J.S.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Pruco Life Insurance's ("Pruco") Notice of Distribution (Doc. 39) filed on October 12, 2017. In accordance with a previous Order (Doc. 38) and the parties' Joint Motion (Doc. 35), Pruco informed the Court about the status of the Policy benefits forming the basis of this action. And having received written confirmation from Pruco that the benefits were issued to the correct entities, the Court dismisses this action with prejudice.

Accordingly, it is now

**ORDERED:**

(1) This action is **DISMISSED with prejudice.**

(2) The Court adopts and incorporates its previous Order (Doc. 38).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The Clerk of Court is directed to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of October, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record